UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-8290-DLB

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

DONALD R. FRENCH, JR.,

    Defendant.
_____/

### NOTICE OF REQUEST FOR DISCLOSURE OF EXPERT WITNESS SUMMARIES

The defendant, Donald French, Jr., through undersigned counsel, demands disclosure under Fed. R. Crim. P. 16(a)(1)(G) of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the bases and reasons for the opinion.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

*s/ Peter Birch*
Peter Birch
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 304281
450 South Australian Avenue, Suite 500
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
(561) 833-0368 - Fax
*Peter_Birch@FD.org*

**CERTIFICATE OF SERVICE**

  I HEREBY certify that on October 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                 *s/ Peter Birch*
                 Peter Birch

## SERVICE LIST

### UNITED STATES OF AMERICA V. DONALD R. FRENCH, JR.
### CASE NO. 12-8290-DLB

Kerry S. Baron
Assistant United States Attorney
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401
(561) 659-4772 - Telephone
(561) 820-8777 - Fax
*kerry.baron@usdoj.gov*