# CRIMINAL COURT MINUTES
## U.S. Magistrate Judge DAVE LEE BRANNON

Courtroom Number # 2    Date: 10/12/2012    Time: 10:00 A.M.

Page: 1

Defendant: DONALD R. FRENCH, JR. (J)   J#: _____    Case #: 12-8290-DLB
AUSA: KERRY BARON ✓    Attorney: AFPD – Robin Rosen-Evans ✓
Violation: 18:1343    Agent: S/A DANIEL SZCZEPANSKI-FBI
Proceeding: INITIAL HEARING    CJA Appt: _____
Bond/PTD Held: ☐ Yes   ☐ No    Recommended Bond: PTD (REQUESTED BY GOVT)
Bond Set at: _____    Co-signed by: _____

- ☐ All standard conditions
- ☐ Surrender and/or do not obtain passport/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ p.m. to ___ a.m., paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: ENGLISH

Disposition: Initial held / Deft. present – sworn / &advice of rights / Court questions deft. finds him indigent & appoints FPD

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing: 10-19-12   10 Am   Duty MAG   WPB
Prelim/Arraign or Removal: 10-26-12   "    "    "
Status Conference RE:
D.A.R. 10:25:27    Time in Court: 5 mins

Courtroom Deputy: Sandra Acevedo