AO 442 (Rev. 01/09) Arrest Warrant

FILED by _____ D.C.

OCT 15 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

2012 JUL 23 AM 11 14

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 12-8290-DLB |
| Donald Richard French, Jr. | ) |
| Defendant. | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Donald Richard French, Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1343, Wire fraud.

Date: 07/20/2012

_____
*Issuing officer's signature*

City and state:   West Palm Beach, Florida

Dave Lee Brannon, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/23/12, and the person was arrested on *(date)* 9/28/12
at *(city and state)* Las Vegas, NV
by FBI

Date: 10/10/12

_____
*Arresting officer's signature*

Jusu M. Palouzio
*Printed name and title*

8936455

1204 0723 4570 J