# CRIMINAL COURT MINUTES
## U.S. Magistrate Judge DAVE LEE BRANNON

FILED by _____ D.C.
Page: 1
OCT 18 2012
STEVEN M. LARIMORE

Courtroom Number # 2       Date: 10/18/2012       Time: 10:00 a.m.

Defendant: DONALD R. FRENCH JR.       J#: _____       Case #: 12-8290-DLB

AUSA: KERRY BARON       Attorney: FEDERAL PUBLIC DEFENDER — Peter Birch

Violation: 18:1343       Agent: S/A DANIEL SZCZEPANSKI-FBI

Proceeding: DETENTION HEARING       CJA Appt: _____

Bond/PTD Held: ☐ Yes  ☐ No       Recommended Bond: PTD (REQUESTED BY GOVT)

Bond Set at: _____       Co-signed by: _____

- [ ] All standard conditions
- [ ] Surrender and/or do not obtain passport/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services and/or treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ p.m. to ___ a.m., paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: _____
- [ ] Other: _____

Language: ENGLISH

Disposition: Status RE: PTD held. Deft present with counsel. Stipulates to detention at this time & reserve the right to have one at a later date. Written Order to follow. Parties request to reset Arraignment for 2 weeks — Granted.

**NEXT COURT APPEARANCE**    Date: _____    Time: _____    Judge: _____    Place: _____

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: 11-2-12  10 AM  Duty MAG.  WMB
Status Conference RE: _____
D.A.R. 10:09:11       Time in Court: 10 mins

Courtroom Deputy: Sandra Acevedo