UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE  U. S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

CYNTHIA J. JENSEN
CHIEF DEPUTY, LAS  VEGAS

JAKE HERB
CHIEF DEPUTY, RENO

LANCE S. WILSON
CLERK OF COURT

October 24, 2012

Clerk, U. S. District Court
Southern District of Florida
701 Clematis Street
West Palm Beach, FL   33401

FILED by _____ D.C.

OCT 2 9 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

RE:   USA vs Donald R. FRENCH, Jr

Your Case No: 9:12mj08290-DLB
NEVADA Case No: 2:12-MJ-677-GWF

Dear Clerk:

Enclosed please find certification of the docket sheet in the above-referenced case,  current as  of October 24, 2012.  The entire case file is maintained electronically and is accessible through PACER for the District of Nevada.  If applicable, Sealed document(s), including Detention/Bond document(s), is/are enclosed.

Please acknowledge receipt of this letter by signing the enclosed copy and returning it to this court.

Thank you.

LANCE S. WILSON, Clerk
United States District Court


_____ /s/ Karen Richardson
Magistrate Judge Support Clerk

Enclosures

**Receipt of the above referenced case is hereby acknowledged this _____ day of _____ 20___.**

By:_____

UNITED STATES OF AMERICA
DISTRICT OF NEVADA, LAS VEGAS


## *CERTIFICATE OF THE CLERK*


I, Lance S. Wilson, Clerk of the United Stated District Court for the District of Nevada, do hereby certify that the accompanying documents listed in the attached docket sheet are the original documents, or a true and correct copy of the original document, filed in this Court and are the documents from which the docket entries were made, and that they constitute the entire record herein:

CASE NUMBER: 2:12-mj-677-CWH

In witness whereof, I have hereunto set my hand and affixed the Seal of said District Court this 24TH day of OCTOBER, 2012.

LANCE S. WILSON,
CLERK OF THE COURT

By: _____
Karen Richardson, Deputy Clerk

Case 9:12-cr-80212-KLR  Document 15  Entered on FLSD Docket 11/05/2012  Page 3 of 8

CLOSED

# United States District Court
## District of Nevada (Las Vegas)
### CRIMINAL DOCKET FOR CASE #: 2:12-mj-00677-GWF All Defendants
### Internal Use Only

| | |
|---|---|
| Case title: USA v. French, Jr. | Date Filed: 10/01/2012 |
| Other court case number: 9:12-mj-08290-DLB USDC; Southern District of Florida | Date Terminated: 10/24/2012 |

Assigned to: Magistrate Judge George Foley, Jr

**Defendant (1)**

**Donald R. French, Jr.**
*TERMINATED: 10/24/2012*

represented by **Brenda Weksler**
Federal Public Defender
411 E Bonneville
Suite 250
Las Vegas, NV 89101-
702-388-6577
Fax: 702-388-6261
Email: Nancy_Vasquez@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: FPD*

**Pending Counts**                    **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                 **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                        **Disposition**

RULE 5 - Wire Fraud                   TRANSMITTED 10/24/12 to Southern District
                                      of Florida, West Palm Beach

**Plaintiff**

**USA**

represented by **Andrew W Duncan**
U.S. Attorney's Office
333 Las Vegas Blvd So
Suite 5000
Las Vegas, NV 89101-

Email: andrew.duncan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/01/2012 | 1 | Rule 5(c)(3) Document Received in case as to Donald R. French, Jr. Document received from the Southern District of Florida at West Palm Beach include the Criminal Complaint. (KCR) (Entered: 10/01/2012) |
| 10/01/2012 | 2 | MINUTES OF PROCEEDINGS - Initial Appearance in Rule 5(c)(3) Proceeding as to Donald R. French, Jr. held on 10/1/2012 before Magistrate Judge George Foley, Jr. Crtrm Administrator: *E. Garcia*; AUSA: *Andrew Duncan*; Def Counsel: *Brenda Weksler*; PTS: *Tonya Jacobsen*; Time of Hearing: *3:46p.m. - 3:54p.m.*; Courtroom: *3A*; Defendant is present in custody. Financial Affidavit filed. The Federal Public Defenders Office is appointed as defense counsel. Defendant is advised of rights/charge. Waiver of Identity Hearing filed. ORDERED defendant identified as named defendant in complaint and is held to answer in the Southern District of Florida - West Palm Beach. Government moves for detention. Detention hearing proceeds. Defendant is **ordered** detained. Defendant is remanded to custody. Status Conference set for Monday, October 15, 2012 at 4:00 PM in LV Courtroom 3A before Magistrate Judge George Foley Jr..**(no image attached)** (Copies have been distributed pursuant to the NEF - EMG) (Entered: 10/01/2012) |
| 10/01/2012 | 3 | *SEALED* **SEALED** FINANCIAL AFFIDAVIT by Donald R. French, Jr.. (KCR) (Entered: 10/03/2012) |
| 10/01/2012 | 4 | ORDER APPOINTING COUNSEL in case as to Donald R. French, Jr. FPD appointed as counsel for Defendant, subpoenas issued upon request with exception to out of state subpoenas which will require court approval. Signed by Magistrate Judge George Foley, Jr on 10/1/12. (Copies have been distributed pursuant to the NEF - KCR) (Entered: 10/03/2012) |
| 10/01/2012 | 5 | WAIVER of Rule 5(c)(3) Hearings by Donald R. French, Jr.. (KCR) (Entered: 10/03/2012) |
| 10/01/2012 | 6 | COMMITMENT TO ANOTHER DISTRICT in case as to Donald R. French, Jr. Defendant committed to the Southern District of Florida at Palm Beach. Signed by Magistrate Judge George Foley, Jr on 10/1/12. (Copies have been distributed pursuant to the NEF - KCR) (Entered: 10/03/2012) |
| 10/01/2012 | 7 | ORDER OF DETENTION in case as to Donald R. French, Jr. Defendant shall be detained pending trial. Signed by Magistrate Judge George Foley, Jr on 10/1/12. (Copies have been distributed pursuant to the NEF - KCR) (Entered: 10/03/2012) |
| 10/10/2012 | 8 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge George Foley, Jr, as to Donald R. French, Jr. on 10/10/2012. By Deputy Clerk: E. Garcia. Verbal confirmation from USMS, Defendant has been transported to the Southern District of Florida The Status Conference scheduled for Monday, October 15, 2012 at 4:00 p.m. is VACATED. **(no image attached)** (Copies have been distributed pursuant to the NEF - EMG) (Entered: 10/10/2012) |
| 10/24/2012 | 9 | TRANSMITTAL to the Southern District of Florida at West Palm Beach regarding Rule 5c documents in case as to Donald R French, Jr. (KCR) (Entered: 10/24/2012) |
| 10/24/2012 |  | (Court only) **NON-PUBLIC** Terminated defendant Donald R. French, Jr. and closed Rule 5(c)(3) case. (KCR) (Entered: 10/24/2012) |

1 OCT 2012

12mj677

# SEALED



AO 94 (Rev. 01/09) Commitment to Another District



UNITED STATES DISTRICT COURT

for the

District of Nevada

United States of America

v.

Case No.    2:12-mj-677-GWF

DONALD R. FRENCH, JR.

*Defendant*

Charging District's
Case No.    12-8290-DLB

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the    Southern    District of    Florida - Palm Beach    .

The defendant may need an interpreter for this language:

The defendant:    ☐ will retain an attorney.

               x  is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:    Oct 1, 2012

                               *Judge's signature*

         GEORGE W. FOLEY, JR., U.S. Magistrate Judge

                      *Printed name and title*

AO 472  (Rev. 09/08)  Detention Order Pending Trial

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    2:12-mj-677-GWF |
| DONALD R. FRENCH JR. | ) | |
| *Defendant* | ) | |

## DETENTION ORDER PENDING TRIAL

After conducting a detention hearing under the Bail Reform Act, 18 U.S.C. § 3142(f), I conclude that these facts require that the defendant be detained pending trial.

### Part I—Findings of Fact

☐ (1)  The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has previously been convicted of   ☐ a federal offense   ☐ a state or local offense that would have been a federal offense if federal jurisdiction had existed  -  that is

    ☐  a crime of violence as defined in 18 U.S.C. § 3156(a)(4)or an offense listed in 18 U.S.C. § 2332b(g)(5) for which the prison term is 10 years or more.

    ☐  an offense for which the maximum sentence is death or life imprisonment.

    ☐  an offense for which a maximum prison term of ten years or more is prescribed in _____ .*

    ☐  a felony committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses:

    ☐  any felony that is not a crime of violence but involves:

        ☐  a minor victim

        ☐  the possession or use of a firearm or destructive device or any other dangerous weapon

        ☐  a failure to register under 18 U.S.C. § 2250

☐ (2)  The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state release or local offense.

☐ (3)  A period of less than five years has elapsed since the   ☐ date of conviction   ☐ the defendant's release from prison for the offense described in finding (1).

☐ (4)  Findings Nos. (1), (2) and (3) establish a rebuttable presumption that no condition will reasonably assure the safety of another person  or  the community.  I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

☐ (1)  There is probable cause to believe that the defendant has committed an offense

    ☐  for which a maximum prison term of ten years or more is prescribed in _____

*Insert as applicable:  (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).

AO 472  (Rev. 09/08)  Detention Order Pending Trial

# UNITED STATES DISTRICT COURT

for the

District of Nevada

☐    under 18 U.S.C. § 924(c).

☐  (2)    The defendant has not rebutted the presumption established by finding 1 that no condition will reasonably assure the defendant's appearance and the safety of the community.

## Alternative Findings (B)

x  (1)    There is a serious risk that the defendant will not appear.

(2)    There is a serious risk that the defendant will endanger the safety of another person or the community.

Based on the information set forth in the government's proffer, the allegations set forth in the complaint which charges the defendant with wire fraud, alleged ponzi scheme and further information alleged in the probable cause statement in the complaint that defendant allegedly reported having gambled the assets obtained.  Together with the information that defendant resides in Italy, the Court does find on the basis of that information, defendant does pose a substantial risk of nonappearance.  Defendant did not interview with Pretrial Services according, the Court does not have information as to defendant's residential history or family ties.  The Court also lacks information other than alleged in the complaint as to defendant's employment history or financial resources.  The Court also lacks information regarding defendant's physical or mental health or whether defendant uses illegal controlled substances or abuses alcohol.  Based on lack of such information, the Court finds that are no conditions or combination of conditions that the Court could fashion at this time to reasonably assure the defendant's future appearance in Court and accordingly, the Court orders that the defendant be detained pending trial as a risk of nonappearance.

## Part II— Statement of the Reasons for Detention

I find that the credible testimony and information submitted at the hearing established by clear and convincing evidence that the defendant is a danger to the community and by a preponderance of the evidence that the defendant is a risk of flight and no condition or combination of conditions will reasonably assure the safety of the community or the appearance of the Defendant.

## Part III—Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal.  The defendant must be afforded a reasonable opportunity to consult privately with defense counsel.  On order of United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to the United States marshal for a court appearance.

Date:        October 1, 2012                                    _George Foley Jr_
                                                                            _Judge's Signature_

                                                          GEORGE W. FOLEY, JR., U.S. Magistrate Judge

                                                                            _Name and Title_

*Insert as applicable:  (a) Controlled Substances Act (21 U.S.C. § 801 *et seq.*); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 *et seq.*); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955a).