UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   12-80212-Cr-Ryskamp/Hopkins

UNITED STATES OF AMERICA
　　　　　Plaintiff,

vs.

DONALD RICHARD FRENCH, JR.,
　　　　　Defendant.
_____/

FILED by _____ D.C.

NOV 16 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge James M. Hopkins on, November 16, 2012, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and court appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**
　　Address:　　　　DEFT. IN CUSTODY
　　Prisoner #
　　Language:　　　ENGLISH
　　Telephone #　　-------------

**DEFENSE COUNSEL:**
　　Name:　　　　FEDERAL PUBLIC DEFENDER
　　Address:　　　450 AUSTRALIAN AVE., STE. 500, SOUTH
　　　　　　　　　WEST PALM BEACH, FLORIDA 33401
　　Telephone #　561-833-6288

BOND/PTD hrg held:　YES_____　NO_____
BOND/PTD SET : **PTD/STIP (DLB)**
Dated this 16th day of November, 2012.

STEVEN LARIMORE, CLERK OF COURT

BY: _____
　　Tanya McClendon, Deputy Clerk

cc:　Courtroom Deputy, District Judge
　　　United States Attorney
　　　Defense Counsel
　　　United States Pretrial Service